HARRIET E. BURKE, Respondent, v. TERRY J. TINDALE, Appellant.

APPEAL from judgment in favor of the plaintiff.

*Hunter & Battle*, for appellant.

*Eustis, Foster & Coleman*, for respondent.

NEWBURGER, J. All the questions involved herein were passed upon by the Court of Common Pleas in an action between the same parties and reported in 12 Misc. Rep. 31; 33 N. Y. Supp. 20.

The judgment herein must, therefore, be affirmed, with costs.

CONLAN, J., concurs.
Judgment affirmed, with costs.